**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SERGIO VASQUEZ CARBAJAL** | **CIVIL ACTION NO. 6:08-1602** |
| Fed. Reg. No. 05780-030 | |
| **VS.** | **SECTION P** |
| | **JUDGE MELANÇON** |
| **WARDEN HAROLD RILEY, ET AL.** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** subject to reassertion if the requirements of *Heck v. Humphrey* are met.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 16th day of June, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE